ACCEPTED
01-13-00739-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 12:03:19 PM
CHRISTOPHER PRINE
CLERK



# **F**ORREST L SANDERSON, III
## *Attorney at Law*

807 PECAN ST.
BASTROP, TEXAS 78602

DIRECT PHONE LINE: (512) 581-3290
FAX: (512) 303-6766
EMAIL: fls-atty@hotmail.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 12:03:19 PM
CHRISTOPHER A. PRINE
Clerk

April 27, 2015

Mr. Christopher A. Prine, Clerk
FIRST COURT OF APPEALS
301 Fannin
Houston, TX 77002-2066

Re:     Cause No.s 01-13-00739-CR; 01-13-00740-CR; 01-13-00741-CR;
        01-13-00742-CR;  *Benny Joseph Walker v. The State of Texas*

Dear Mr. Prine:

Please be advised that the email address that you currently have for this office is incorrect.  The correct email is that presented on this letterhead, i.e.:

*fls-atty@hotmail.com*

Please correct your records accordingly.  As a result of the incorrect email, this office has not been receiving email notifications regarding this case, including the notice of judgment and opinion rendered February 3, 2015.

Yours very truly,

Forrest L Sanderson, III
Appointed Counsel for Benny Joseph Walker

---

*Criminal Defense*                *Appellate Law*                *General Practice*